IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------- x

CLOUD 9 BB DAC,

                Plaintiff,

  -against-

EIGHTY ONE SWITZERLAND AG,

                Defendant.

------------------------------------------------------------------- x

CIVIL ACTION NO.:

2:21-cv-15118-MCA-AME

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record, please enter my appearance as counsel for plaintiff Cloud 9 BB DAC in this action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 14, 2022

**TUTTLE YICK LLP**

By:   /s/   Peter C. Dee
       Peter C. Dee
       352 Seventh Avenue, 14th Floor
       New York, New York 10001
       (646) 833-0300

*Attorneys for Plaintiff*